IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOB L. FRASER                                                                   PLAINTIFF

v.                      CASE NO. 4:18-CV-00332 BSM

SOCIAL SECURITY ADMINISTRATION                    DEFENDANT

**ORDER**

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 12] is adopted without objection. The Commissioner's decision is reversed and remanded with instructions to develop the record as necessary.

IT IS SO ORDERED this 13th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE